UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| IN RE: SHANNON MARTIN | xxx-xx-8240 | CASE NO. 22-00358 |
| RATASHA MARTIN | xxx-xx-6775 | Chapter 13 |

### AMENDED ORDER DIRECTING EMPLOYER TO PAY TRUSTEE

The above-noted debtor(s) has filed a Chapter 13 Bankruptcy Case and has consented to the deduction of plan payments directly from his/her wages to the Chapter 13 Trustee.

**IT IS THEREFORE ORDERED** that the debtor's employer, **Jack Cooper Transport Co. LLC, 2345 Grand Blvd., Ste. 2400, Kansas City, MO  64108 s**hall deduct the sum **of $202.10 each Weekly PAY** beginning on the next pay period following receipt of this Order and remit said amount to:

**Chapter 13 Trustee, Barbara Foley
PO BOX 1818
Memphis, TN 38101-1818**

**/s/ Barbara P. Foley/ HSL
Barbara P. Foley, Chapter 13 Trustee**

**IT IS FURTHER ORDERED** that all earnings of the debtor, except the amounts requested to be withheld by any provisions of the laws of the United States, this state or any political subdivision, or by any insurance, pension or union dues agreement between the employer and the debtor, or by Order of this Court, be paid to the debtor in accordance with the employer's usual payroll procedure.

**IT IS FURTHER ORDERED** that no deductions for any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court, be made from the earnings of said debtor, except:  [other possible deductions].

**IT IS FURTHER ORDERED** that a copy of this Order be served upon the debtor(s), attorney for the debtor(s) (if applicable), Chapter 13 Trustee and employer.

**Prepared by:  Michelle Marrs
           Marrs & Terry, PLLC**

END OF ORDER

**IT IS SO ORDERED.**

**Dated September 22, 2022**



Michelle M. Wilson
Clerk of Court