UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

SHANNON MARTIN AND
RATASHA MARTIN,

      Debtor(s).

_____/

Case No. 22-00358-jwb

Chapter 13

Hon. James W. Boyd

**NOTICE OF SUBSTITUTION OF COUNSEL**

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, WESTERN DISTRICT OF MICHIGAN, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that B. Thomas Golden, Assistant Attorney General, is substituted as counsel of record in the place of Steven B. Flancher, Assistant Attorney General, on behalf of the State of Michigan, Department of Treasury, a creditor in the above-captioned matter. Please note that the mailing address and the phone and fax numbers remain the same.

Respectfully submitted,

/s/ *B. Thomas Golden*
B. Thomas Golden (P70822)
Assistant Attorney General
Attorney for Claimant
Michigan Department of Treasury
Revenue and Tax Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7584
goldent2@michigan.gov

Dated: November 1, 2022