UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:
Shannon Martin
Ratasha Martin

    Debtor(s).    /

Case No. 22-00358
Hon. James W Boyd
Chapter 13
Filed: February 26, 2022

**ORDER ADJOURNING HEARING ON DEBTORS' OBJECTION TO CLAIMS 30 AND 31**

This matter being set for hearing on Debtors' objection to Claims 30 and 31 on March 29, 2023, and the parties having agreed to the adjournment terms, and the Court is advised, and there is no adverse impact upon any party by way of this action, thus no notice is required to be given, therefore:

IT IS HEREBY ORDERED that the hearing on Debtors' objection to claims 30 and 31 is adjourned to May 3, 2023 at 9 AM.

END OF ORDER

**IT IS SO ORDERED.**

Dated March 29, 2023



James W. Boyd
United States Bankruptcy Judge